| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DESTIN PLATINUM, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA VOCO HOTEL & SUITES** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3452216** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**10861 US-98**<br>**Miramar Beach, FL 32550**<br>Number, Street, City, State & ZIP Code<br><br>**Walton**<br>County | **Mailing address, if different from principal place of business**<br><br>**111 BROADWAY**<br>**SUITE 300**<br>**Nashville, TN 37201**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**   Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49               ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199            ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000       ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **DESTIN PLATINUM, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2023**
MM / DD / YYYY

X **/s/ MITCH PATEL**
Signature of authorized representative of debtor

**MITCH PATEL**
Printed name

Title **MANAGER OF LLC**

**18. Signature of attorney**

X **/s/ Steven L. Lefkovitz**
Signature of attorney for debtor

Date **September 29, 2023**
MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone **615-256-8300**    Email address **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **COOKEVILLE PLATINUM, LLC** | | Relationship to you |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known |
| Debtor | **LEBANON PLATINUM, LLC** | | Relationship to you |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known |
| Debtor | **MURFREESBORO PLATINUM, LLC** | | Relationship to you |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known |
| Debtor | **PLATINUM GATEWAY II, LLC** | | Relationship to you |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known |
| Debtor | **VMW, LLC** | | Relationship to you |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known |

**Fill in this information to identify the case:**

Debtor name    **DESTIN PLATINUM, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 29, 2023**     X **/s/ MITCH PATEL**
                                                           Signature of individual signing on behalf of debtor

                                                           **MITCH PATEL**
                                                           Printed name

                                                           **MANAGER OF LLC**
                                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **DESTIN PLATINUM, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Laundry Systems<br>1626 Tradewinds Dr<br>Gulf Breeze, FL 32563 | | | | | | $4,249.09 |
| AT&T.<br>P. O. Box 5019<br>Carol Stream, IL 60197 | | | | | | $3,373.25 |
| ATTRACT CONTRUCTION INC.<br>663 E SHIPWRECK RD<br>Santa Rosa Beach, FL 32459 | | | | | | $11,970.00 |
| Banyan Tree Management, LLC<br>4100 Legendary Drive, Suite 280<br>Destin, FL 32541 | | | | | | $19,387.29 |
| Certified Roofing Solutions, LLC<br>3604 W. Highway 390<br>Panama City, FL 32405 | | | | | | $5,450.00 |
| Cox Business<br>PO Box 771911<br>Detroit, MI 48277 | | | | | | $6,040.36 |
| Dees Paper Company Inc<br>PO Box 191089<br>Mobile, AL 36619 | | | | | | $8,149.31 |
| Expedia<br>P. O. Box 844120<br>Dallas, TX 75284 | | | | | | $23,397.38 |

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **FPL Northwest FL** PO Box 29090 Miami, FL 00033-1002 | | | | | | $5,958.01 |
| **Hilton Garden Inn Columbus** 4100 Legendary Drive Suite 280 Destin, FL 32541 | | | | | | $12,693.12 |
| **Hilton Supply Management** 7930 Jones Branch Drive McLean, VA 22102 | | | | | | $5,864.21 |
| **Hospitality Designs** 11720 Horseshoe Way Richmond, TX 77469 | | | | | | $16,907.61 |
| **Malone** #1 Commerce Drive Suite 200 Hattieburg, MS 39402 | | | | | | $3,762.50 |
| **Metro IP Inc** 2382 Hartfield Circle Winston, NC 27103 | | | | | | $5,180.94 |
| **Oracle** P.O. Box 203448 Dallas, TX 75320 | | | | | | $21,239.20 |
| **Platinum Management Services** 111 Broadway Suite 300 Nashville, TN 37201 | | | | | | $37,652.01 |
| **Small Business Administration** PO Box 3918 Portland, OR 97208 | | | | | | $165,595.89 |
| **TechFinity** PO BOX 56 Dickson, TN 37056 | | | | | | $14,488.00 |
| **Walton County Tax Collector** P.O. Box 510 Defuniak Springs, FL 32435 | | | | | | $31,988.48 |
| **Waste Management Federal Way Disposal** PO Box 42150 Phoenix, AZ 85080 | | | | | | $3,029.14 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

| | | |
|---|---|---|
| DESTIN PLATINUM, LLC<br>111 BROADWAY<br>SUITE 300<br>NASHVILLE TN 37201 | FPL NORTHWEST FL<br>PO BOX 29090<br>MIAMI FL 00033-1002 | WALTON COUNTY TAX COLLECT<br>P.O. BOX 510<br>DEFUNIAK SPRINGS FL 32435 |
| STEVEN L. LEFKOVITZ<br>LEFKOVITZ & LEFKOVITZ<br>908 HARPETH VALLEY PLACE<br>NASHVILLE, TN 37221 | HILTON GARDEN INN COLUMBUS<br>4100 LEGENDARY DRIVE SUITE 280<br>DESTIN FL 32541 | WASTE MANAGEMENT<br>FEDERAL WAY DISPOSAL PO BO42<br>PHOENIX AZ 85080 |
| ALLIANCE LAUNDRY SYSTEMS<br>1626 TRADEWINDS DR<br>GULF BREEZE FL 32563 | HILTON SUPPLY MANAGEMENT<br>7930 JONES BRANCH DRIVE<br>MCLEAN VA 22102 | |
| AT&T.<br>P. O. BOX 5019<br>CAROL STREAM IL 60197 | HOSPITALITY DESIGNS<br>11720 HORSESHOE WAY<br>RICHMOND TX 77469 | |
| ATTRACT CONTRUCTION INC.<br>663 E SHIPWRECK RD<br>SANTA ROSA BEACH FL 32459 | MALONE<br>#1 COMMERCE DRIVE SUITE 200<br>HATTIEBURG MS 39402 | |
| BANYAN TREE MANAGEMENT, LLC<br>4100 LEGENDARY DRIVE, SUITE 280<br>DESTIN FL 32541 | METRO IP INC<br>2382 HARTFIELD CIRCLE<br>WINSTON NC 27103 | |
| CERTIFIED ROOFING SOLUTIONS, LLC<br>3604 W. HIGHWAY 390<br>PANAMA CITY FL 32405 | ORACLE<br>P.O. BOX 203448<br>DALLAS TX 75320 | |
| COX BUSINESS<br>PO BOX 771911<br>DETROIT MI 48277 | PLATINUM MANAGEMENT SERVICES<br>111 BROADWAY SUITE 300<br>NASHVILLE TN 37201 | |
| DEES PAPER COMPANY INC<br>PO BOX 191089<br>MOBILE AL 36619 | SMALL BUSINESS ADMINISTRATION<br>PO BOX 3918<br>PORTLAND OR 97208 | |
| EXPEDIA<br>P. O. BOX 844120<br>DALLAS TX 75284 | TECHFINITY<br>PO BOX 56<br>DICKSON TN 37056 | |